SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ELIZABETH RODRIGUEZ,

                    Plaintiff,

      -against-

APEX CAPITAL SOLUTIONS,

                    Defendant(s).
-----------------------------------------------------------X

Civil Action No.: 12 CV 5325

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)**

    Pursuant to F.R.C.P. 41(a) (1) (A) (i), Plaintiff Elizabeth Rodriguez by her counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant Apex Capital Solutions.

Dated: August 30th, 2012
       New York, New York

For:  **Elizabeth Rodriguez**

By: _____
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue. 6th Floor
New York, New York 10017
Phone: (212) 796-0930

**SO ORDERED**
By: _____
Hon. _____, USDJ

September 4, 2012